UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALFRED CHRISTOPHER GONZALES,

    Petitioner,

vs.

JO GENTRY, *et al.*,

    Respondents.
_____/

2:18-cv-00266-GMN-PAL

**ORDER**

This action is a petition for writ of habeas corpus by Nevada prisoner Alfred Christopher Gonzales. Gonzales initiated this case on February 13, 2008. On that date, Gonzales filed his habeas corpus petition (ECF No. 1), and paid the filing fee (ECF No. 1-1).

The Court has reviewed Gonzales' petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service upon respondents and a response by respondents.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus and a copy of this order.

**IT IS FURTHER ORDERED** that respondents shall have **60 days** from the date of entry of this order to appear in this action, and to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that, if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

Dated this __14__ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE