1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALFRED CHRISTOPHER GONZALES, | Case No. 2:18-cv-00266-GMN-PAL |
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

16          This action is a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C.

17    § 2254, by Alfred Christopher Gonzales, a Nevada prisoner. The respondents were due

18    to respond to Gonzales' habeas petition by April 16, 2018. *See* Order entered February

19    14, 2018 (ECF No. 3) (60 days for response to petition).

20          On April 16, 2018, respondents filed a motion for an extension of time (ECF No.

21    5), requesting a 30-day extension of time, to May 16, 2018, for their response to the

22    petition. This would be the first extension of this deadline. Respondents' counsel states

23    that the extension of time is necessary because of the time it took to obtain the state-

24    court records, and because of her obligations in other cases. The Court finds that

25    respondents' motion for extension of time is made in good faith and not solely for the

26    purpose of delay, and that there is good cause for the extension of time requested.

27

28

1

1      **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time

2    (ECF No. 5) is **GRANTED**. Respondents will have until May 16, 2018, to answer or

3    otherwise respond to the habeas petition.

4      **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

5    proceedings set forth in the order entered February 14, 2018 (ECF No. 3) will remain in

6    effect.

7

8      DATED THIS 17 day of _____April_____, 2018.

9

10     _____

11     GLORIA M. NAVARRO,
       CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28