UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALFRED CHRISTOPHER GONZALES,<br><br>Petitioner,<br><br>v.<br><br>JO GENTRY, *et al.*,<br><br>Respondents. | Case No. 2:18-cv-00266-GMN-PAL<br><br>ORDER |

In this habeas corpus action, on August 20, 2018, the Court denied the respondents' motion to dismiss, without prejudice, and directed the parties to submit briefing with respect to certain issues. *See* Order entered August 20, 2018 (ECF No. 16). Respondents were to submit their brief, in response to that order, by September 19, 2018. *See id.*

On September 18, 2018, the respondents filed a motion for an extension of time (ECF No. 20), requesting a 30-day extension of time, to October 19, 2018, for the brief. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 20) is **GRANTED**. Respondents will have until **October 19, 2018**, to file their brief in response to the order of August 20, 2018 (ECF No. 16).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for the further briefing set forth in the order entered August 20, 2018 (ECF No. 16) will remain in effect (the petitioner will have 30 days to file his responsive brief).

DATED THIS 18 day of September, 2018.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE